Attachment A - *Bivens* Complaint form



FILED
AUG 29 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Kevin Michael Huffman            3441164

_____      _____

(Enter above the full name of the plaintiff         (Inmate Reg. # of each Plaintiff)
or plaintiffs in this action)

v.                                CIVIL ACTION NO. 2:19-cv-00621
                                  (Number to be assigned by Court)

Unknown Arresting
U.S. Marshalls

(Enter above the full name of the defendant
or defendants in this action)

                    Defendant(s).

## COMPLAINT

I.   Parties

     A.   Name of Plaintiff:   Kevin Michael Huffman

          Inmate No.:          3441164

          Address:             1001 Centre Way
                               Charleston WV, 25309

B.  Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

   Name of Plaintiff: _____

   Inmate No.: _____

   Address: _____

   _____

   Name of Plaintiff: _____

   Inmate No.: _____

   Address: _____

C.  Name of Defendant: _____

   Position: _____

   Place of Employment: _____

D.  Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

   Name of Defendant: _____

   Position: _____

   Place of Employment: _____

   Name of Defendant: _____

   Position: _____

   Place of Employment: _____

II.  **Place of Present Confinement**

   Name of Prison/Institution: South central Regional Jail

   A.  Is this where the events concerning your complaint took place?

   Yes _____   No ✓_____

   If you answered "no," where did the events occur? 237 Leelo Ln Charleston WV

   B.  Is there a prisoner grievance procedure in this institution?

   Yes ✓_____   No _____

   C.  Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes ✓_____   No _____

   If you answered "no," explain why not: _____

   If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): complained about the effects of my injuries by U.S. marshalls

III.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

   Yes _____   No ✓_____

   B.  If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1.  Parties to the previous lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

3

2. Court (if federal court, name the district; if state court, name the county);

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

## IV. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

At 237 LeeLo Ln on July 23rd 2019 I was co-operating with U.S marshalls during my arrest placed in handcuffs on the ground and then physically assualted by multiple officers resulting in life threatening injuries and 2 Hospitalizations. 3 fractured Ribs collapsed lung internal bleeding

V. Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

I'd like to be compensated for physical, emotional, psychological injuries that will affect me for the rest of my life. $10 million dollars per party responseable for my pain suffering and emontional distress

Signed this 17 day of August, 2019.

_____

_____
Kevin Huffman
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17 2019.
(Date)

Kevin Huffman
Signature of Plaintiff

5